# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADLEY ELLINGSON,
             Appellant,

vs.

WARDEN BRIAN WILLIAMS; AND
THE STATE OF NEVADA,
             Respondents.

No. 75616

**FILED**

MAY 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order dismissing appellant's petition on November 9, 2017. The district court served notice of entry of that order on appellant on November 9, 2017. Appellant did not file the notice of appeal, however, until April 16, 2018, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-18213

cc: Hon. Steve L. Dobrescu, District Judge
Bradley Ellingson
Attorney General/Carson City
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A